FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 22 2017
ARTHUR JOHNSTON
BY _____ DEPUTY

Moore / N/A
(Last Name) (Identification Number)

Devantae / A
(First Name) (Middle Name)

Jasper County Jail
(Institution)

29 W. 8th Ave., Bay Springs, MS 39422
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

2:17CV146-KS-MTP

V.   CIVIL ACTION NUMBER: _____ (to be completed by the Court)

Gloria Stevens (Individually); ~~Robert Morris (Individually)~~;
Randy Johnson (Individually); ~~Chris Campbell (Individually)~~;
Sheriff's Dept. Jasper County, Mississippi
Board of Supervisors Jasper County, Mississippi
Others UNKNOWN TO Plaintiff and he/she reserve the rights to add there Name at a later date. Whenever they become KNOWN.

(Enter the full name of the defendant(s) in this action)

GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (X)   No ( )

B. Are you presently incarcerated?
   Yes (X)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )   No (X)

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )   No (X)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (X)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (X)

Page 1 of 4

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: DeVantae A. Moore     Prisoner Number: N/A

Address: P.O. Box 464 - Bay Springs, MS 39422

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Gloria Stevens (Individually) is employed as Jail Administrator at 29 W. 8th Ave., Bay Springs, MS 39422

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: DeVantae Moore

ADDRESS: P.O. Box 464 - Bay Springs, MS 39422

DEFENDANT(S):

NAME:
Gloria Stevens (Individually)
Randy Johnson (Individually)
Sheriff's Dept. Jasper County, Mississippi -
Board of Supervisors - Jasper County, Mississippi -

ADDRESS:
29 W. 8th Ave., Bay Springs, MS 39422
29 W. 8th Ave., Bay Springs, MS 39422
29 W. 8th Ave., Bay Springs, MS 39422
29 W. 8th Ave., Bay Springs, MS 39422

Others unknown to plaintiff and he/she reserve the rights to add their name whenever they become known to plaintiff;

Page 2 of 4

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No (X)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: N/A
2. Court (if federal court, name the district; if state court, name the county): N/A N/A
3. Docket Number: N/A
4. Name of judge to whom case was assigned: N/A
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A

CASE NUMBER 2.
1. Parties to the action: N/A
2. Court (if federal court, name the district; if state court, name the county): N/A
3. Docket Number: N/A
4. Name of judge to whom case was assigned: N/A
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

_SEE ATTACHED SHEET(S)_

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes. I am seeking three million dollars ($3,000,000.—) puntative damage to be assessed by a jury and I am demanding a JURY Trial. Further I am seeking permanatly injunctive relief to bar these defendants from doing these and simular acts, but Not limited to, to any other person and if the defendant(s) breach/Violate, but Not limited to any condition(s) in this complaint then they will agree beforehand to donate Five million dollars ($5,000,000.00) each to the Charity of the Plaintiff's choice(s), but Not limited to, and to pay all court cost, Attorney Fee, but Not limited to.

Signed this 16 day of Aug, 20 17.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_Deontae Moore_
Signature of plaintiff

ATTACHMENT

(1) Unsanitary living condition; Black Mold that's dangerous + contagous in showers; No proper/adequate ventulation in cell or living area but no limited to. These unsafe unhuman living condition if not immediately put to an-end threaten my safety of future health risk and life threatening serious issues but not limited to. I have forwarded Grievances to Gloria Stevens; Randy Johnson both individuals; Sheriff Dept. Jasper County, Mississippi; Board of Supervisors Jasper County, Mississippi and others unknown to Plaintiff but not limited to and my complaints/Grievances has be willfully ignored by All. (CONNIVANCE)

(2) Detainees are being arrested daily on Misdemeanor charges/old fines/put in jail without prior hearing or an attorney because they cannot pay the fine; bond; old charges but not limited to and because of their status as being a member of the "POVERTY CLASS GROUP", but not limited to.

(3) THE Criminal Justice System in the 13th Circuit Court District of Mississippi violates my civil rights and Constitutional rights and the Federal Speedy Trial Act because a detainee will be put in jail held prior to any hearing on a Capias more than 24 to 48 hours all without benefit to consult with an attorney; Bail Bondperson or to petition the government for redress of grievance, but not limited to. Whenever a detainee is appointed an attorney "RANCE ULMER" Normanly, who has no means to investigate any case(s) whatsoever. His only words are "I got you a deal", no matter one maintain their innocence by showing him unfallible proof and witnesses.

(1)

(4) THE SENIOR CIRCUIT CORT JUDGE IN the 13TH CIRCUIT COURT DISTRICT OF MISSISSIPPI JUDGE Eddie BOWEN SON JONAS BOWEN IS EMPLOYED AS AN ASSISTANT DISTRICT ATTORNEY WORKING HAND TO HAND WITH "RANCE UIMER" TO deprive AFRICAN AMERICAN PEOPLE; POOR PEOPLE WHO ARE CITIZEN by bIRTH AND CANNOT AFFORD TO HIRE AN ATTORNEY TO REPRESENT THEM IN A COURT OF LAW BECAUSE OF THEIR RACE, CREED, NATIONAL ORGIN, POVERTY STATUS, BUT NOT LIMITED TO.

(5) DETAINEE(S) LIKE MYSELF ARE BEING PUT IN SOLIDTARY CONFINEMENT/SURAGATED HOUSING UNITS/HOLDING UNITS CELLS WITHOUT BEING ABLE TO BE INFORM OF DAILY NEWS, RELIGION EVEALTS, BUT NOT LIMITED TO, BOTH PRINT AND ELECTRONIC MEDIAL BUT NOT LIMITED TO, BECAUSE OF THE CENSORSHIP OF "GLORIA STEVENS; RANDY JOHNSON, BOTH INDIVIDUALS; SHERIFF DEPT. JASPER COUNTY, MISSISSIPPI; BOARD OF SUPERVISORS JASPER COUNTY, MISSISSIPPI AND OTHERS UNKNOWN TO PLAINTIFF.

(6) THIS FACICITY IS NOT EQUIPED WITH PROPER MEDICIAL STAFF, AND ALSO HAS NON CISENCED STAFF PASSING OUT MEDICATION/PERSCRIPTION NARCOTICS FOR PAIN but NOT LIMITED TO.